| | |
|---|---|
| Ross Cornell, Esq. (SBN 210413)<br>Law Offices of Ross Cornell, APC<br>813 East Balboa Boulevard<br>Newport Beach, California 92661<br>(949) 723-1794 | (THIS SPACE FOR FILING STAMP) |
| Reuben D. Nathan, Esq.. (SBN 208436)<br>AZIMY & NATHAN, LLP<br>18500 Von Karman Ave., Suite 500<br>Irvine, California 92612<br>Phone: (949) 486-1888<br>Fax:    (949) 486-1889 | **FILED**<br><br>MAY 1 9 2005 |
| Attorneys of Record for Plaintiff, Joseph Abdullah | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>          Plaintiff,<br><br>     v.<br><br>NORTHROP WOODS APARTMENTS;<br>BETTY MAE KAISER TRUST; FRED<br>W. KAISER; JACK L. VARDIMAN;<br>MICHAEL G. WAGNER; ROBERT C.<br>WAGNER and Does 1 through 10,<br>inclusive.<br><br>          Defendants. | Case No.: CIV.S-04-2182 GEB DAD<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a) or (c)** |

- 1 -

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a) OR (c)

PLEASE TAKE NOTICE THAT Plaintiff dismisses Defendants BETTY MAE KAISER TRUST and FRED W. KAISER from the above-captioned matter, with prejudice, each party to bear its own attorneys' fees and costs of suit.

DATED: May 11, 2005                                AZIMY & NATHAN, LLP


BY: /s/ Reuben D. Nathan, Esq.
    Reuben D. Nathan, Esq.
    Attorney for Plaintiff, Joseph Abdullah


## ORDER

Defendants Betty Mae Kaiser Trust and Fred W. Kaiser are dismissed from the above-captioned complaint, with prejudice, each party to bear its own attorneys' fees and costs of suit.

Dated: May 17, 2005

United States District Court Judge

- 2 -

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a) OR (c)