IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>                Plaintiff,<br><br>     v.<br><br>NORTHROP WOODS APARTMENTS;<br>BETTY MAE KAISER TRUST; FRED W.<br>KAISER; JACK L. VARDIMAN;<br>MICHAEL G. WAGNER; ROBERT C.<br>WAGNER,<br><br>                Defendants. | 2:04-cv-02182-GEB-DAD<br><br><br><u>ORDER RE SETTLEMENT<br>AND DISPOSITION</u> |

On September 28, 2005, Defendants filed a "Notice of Settlement" which states this case has settled. The parties have until 4:30 p.m. on October 18, 2005, to either file a document dismissing this action or a proposed order which could effect dismissal. <u>See</u> L.R. 16-160(b). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice and a dismissal order may be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

    IT IS SO ORDERED.

Dated:  September 29, 2005

                                  <u>/s/ Garland E. Burrell, Jr.</u>
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge